```
       IN THE UNITED STATES DISTRICT COURT FOR THE

                    DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DELOMA CAMMARATA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV130 |
| | ) | |
| v. | ) | |
| | ) | |
| THE BOARD OF REGENTS OF THE | ) | ORDER |
| UNIVERSITY OF NEBRASKA, and | ) | |
| THE UNIVERSITY OF NEBRASKA | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion for extension of deadline (Filing No. 30). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendants shall have until April 2, 2009, to file dispositive motions.

DATED this 24th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court